UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILTRON DIAZ, JERRY RAYMOND, ANGEL SOTO, THOMAS CANNETTI and BLAINE IFILL,**

        Plaintiffs,

v.   Case No. 6:22-cv-2157-CEM-DCI

**DEL-AIR HEATING, AIR CONDITIONING AND REFRIGERATION, INC.,**

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal Without Prejudice (Doc. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record